UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                          :         19 Mag. 10823 (WHP)

Allen Lawrence,                            :         ORDER
                     Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, May 13, 2020 at 3:00 p.m. to arraign the defendant.  The dial-in number is 888-363-4749, passcode 3070580.

Dated:  New York, New York
         May 8, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.